AURILLA FOY, Respondent, *v.* MAUD L. DIXON, as Administratrix, etc., Appellant.

(Submitted January 21, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

_____
* Reported below, 68 Hun, 114.

made January 18, 1894, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*A. C. Pickard* for appellant.

*William H. Henderson* for respondent.

Agree to affirm; no opinion.
All concur, except HAIGHT, J., not sitting.
Judgment affirmed.